In the Matter of the Will of MARIE L. CAMERON, Deceased.
CLARENCE F. HUSSEY et al., as Executors of RICHARD C. ARNOLD,
Deceased, Appellants; EUGENIA WILLSON et al. Respondents
and Appellants; F. CAMERON ARNOLD et al., Respondents.

Argued November 10, 1947; decided November 20, 1947.

*A. Wheeler Palmer* for executors-appellants.

*Louis W. Arnold, Jr.,* for Eugenia Willson, respondent-appellant.

*Alexander T. Hussey* for Inez G. Hussey, respondent-appellant.

*John P. O'Brien* for Catholic Charities of the Archdiocese of New York, respondent-appellant.

*Benjamin William Mehlman, Isidore Zamore* and *Jacob I. Goodstein* for The Actors' Fund of America, respondent-appellant.

*William K. Allison* and *Jackson A. Dykman* for F. Cameron Arnold, respondent.

*Irving M. Rosen,* special guardian for Frederick Cameron Arnold II, and another, respondents.

Order affirmed, with costs to the respondents payable out of the estate; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.